IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, NATIONAL AUDUBON SOCIETY, and AUDOBON ARKANSAS | ) ) ) ) | 4:10CV4017-RGK |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| UNITED STATES ARMY CORPS OF ENGINEERS, and COLONEL JEFFREY R. ECKSTEIN, District Engineer, Vicksburg District, U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| SOUTHWESTERN ELECTRIC POWER COMPANY, | ) ) ) | |
| Intervenor. | ) ) ) | |

IT IS ORDERED that the plaintiffs' motion to release bond and distribute funds (filing 216) is granted.  The Clerk of Court shall release the $1,000.00 bond posted by the plaintiffs, and disburse the amount of said bond to Richard H. Mays, attorney for plaintiffs.

DATED this 8th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge